# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re: Ana Cossio                                                                 Case No. 21-12256-AJC-

                                                                                                                                  Chapter 13

                        Debtor(s)     /

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule
3018(a) temporarily allowing your claim for voting purposes.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 1 | PHH Mortgage | $194,531.97 |

<u>Basis for Objection and Recommended Disposition</u>

On or about April 6, 2021, Creditor filed a secured proof of claim in the amount of $194,531.97 and an arrearage in the amount of $3,901.08 for her homestead property located at 5030 E 2nd Avenue Hialeah, FL 33013-1412  for a Mortgage account ending in xxxxxx7397. The Debtor states that she is current with this claim and thus the Debtor requests the claim be allowed as filed with no

arrearage and no distribution from the Chapter 13 Trustee.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC / AMAZON | $1,064.61 |

Basis for Objection and Recommended Disposition

On or about May 17, 2021, Creditor filed a general unsecured proof of claim in the amount of $1,064.61 for an Amazon credit card account ending in xxxxxx3670. The proof of claim attachment has a bill addressed to another address. The Debtor does not recognize this address or claim and states that the claim does not belong to her. Furthermore, the claim is not listed on Debtor's schedules. Therefore, this claim should be stricken and disallowed.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.
*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on <u>July 19, 2021</u> electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

PHH Mortgage
c/o Glen A. Messina, CEO
PO Box 5452
Mount Laurel, NJ 08054-5452

PHH Corporation
c/o Glen A. Messina, CEO
1 Mortgage Way
Mount Laurel, NJ 08054

PHH Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

PHH Mortgage Corporation
c/o Robertson, Anschutz, Schneid, et. al.
Attn: Keith Labell, Agent
6409 Congress Ave, Suite 100
Boca Raton, FL 33487

PRA RECEIVABLES MANAGEMENT, LLC
c/o Graves, Christopher Barclay, President
130 CORPORATE BLVD.
NORFOLK, VA 23502

PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Steven D Fredrickson, President
120 CORPORATE BLVD., Suite 100
NORFOLK, VA 23502

PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Graves, Christopher Barclay, President
130 CORPORATE BLVD.
NORFOLK, VA 23502

PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

PRA RECEIVABLES MANAGEMENT, LLC
c/o Janel Decena, BK Rep.
POB 41067
Norfolk, VA 23541

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**JOSE A. BLANCO, P.A.**
By: /s/ Jose A. Blanco, Esq.  FBN#062449
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-349-3463
Fax. 786-567-5057

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).