UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                    CASE NO.: 21-12256-AJC
                                                                                          CHAPTER 13
Ana S Cossio
aka Ana Cossio
aka Ana Sira Cossio,
       Debtor.
_____/

### RESPONSE TO OBJECTION TO CLAIM

**COMES NOW,** U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-11  ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Objection To Claim ("Objection") (DE # 31), and in support thereof states as follows:

1. Debtor, Ana S Cossio ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on March 9, 2021.

2. Secured Creditor holds an interest in Debtor's real property located at 5030 E 2nd Avenue Hialeah, FL 33013-1412.

3. Secured Creditor filed its Proof of Claim, on April 6, 2021 as Claim Number 1.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

5. On July 19, 2021, Debtor filed an Objection asserting they were current at the time of this Bankruptcy.

6. Secured Creditor's Proof of Claim, neither incorrect nor improper as filed, does in fact show the Debtor was current on their payments on the date of petition.

7. Secured Creditor is amenable to having this claim allowed with no distribution from the Trustee.

8. Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

**WHEREFORE**, Secured Creditor respectfully requests this Honorable Court allows Secured Creditor's Proof of Claim as filed as to preserve Creditor's Claim, and for such other and further relief as the Court deems just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Keith Labell
Keith Labell, Esq.
Email: klabell@raslg.com
Florida Bar No. 0109158

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2021, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Ana S Cossio
aka Ana Cossio
aka Ana Sira Cossio
5030 E 2nd Avenue
Hialeah, FL 33013-1412

Jose A Blanco
Jose A. Blanco, P.A.
355 W 49 ST
Hialeah, FL 33012

Nancy K. Neidich
www.ch13miami.com
POB 279806

Miramar, FL 33027
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                      Attorney for Secured Creditor
                                      6409 Congress Ave., Suite 100
                                      Boca Raton, FL 33487
                                      Telephone: 561-241-6901
                                      Facsimile: 561-241-1969

                                      By: /s/ Keith Labell
                                      Keith Labell, Esq.
                                      Email: klabell@raslg.com
                                      Florida Bar No. 0109158